IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-001675-BNB

FREDDIE DAVID MARTINEZ,

      Plaintiff,

v.

EAGLE RIVER WATER AND SANITATION DISTRICT,
SALLY LA POINTE,
DENNIS GALVIN,
CHRISTINE SPAETH, and
MELISSA MEQUI,

      Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Freddie David Martinez is a prisoner in the custody of the Colorado Department of Corrections at the Delta Correctional Center at Delta, Colorado. Mr. Martinez has filed *pro se* a Prisoner Complaint. The court must construe the complaint liberally because Mr. Martinez is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Martinez will be ordered to file an amended complaint.

The court has reviewed the complaint filed in this action and finds that it is deficient. The claims in the complaint arise out of events that occurred before Mr. Martinez was imprisoned. Construing the complaint liberally, Mr. Martinez apparently claims that he was terminated from his job in violation of Title VII of the Civil Rights Act

of 1964 and that his constitutional rights were violated when he was terminated from his job and evicted from the residence he was leasing from his employer. However, Mr. Martinez fails to allege specific facts in support of his claims. He does not allege why he believes that his employer discriminated against him in violation of Title VII or even whether he suffered discrimination on the basis of his race, color, religion, sex, or national origin. Mr. Martinez also fails to allege whether and when he exhausted administrative remedies for his Title VII claim with the Equal Employment Opportunity Commission.

Regarding his constitutional claims, Mr. Martinez fails to identify who the individual Defendants are or how each named Defendant allegedly violated his constitutional rights. Personal participation is an essential allegation in a civil rights action. See **Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Martinez must show that each Defendant caused the deprivation of a federal right. See **Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. See **Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993).

Therefore, Mr. Martinez will be ordered to file an amended complaint. In the amended complaint Mr. Martinez must clarify the specific claims for relief that he is asserting, against whom those claims are being asserted, who the individual Defendants in this action are, and how each individual Defendant personally participated in the alleged violations of Mr. Martinez' constitutional rights. Accordingly, it

is

ORDERED that Mr. Martinez file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Martinez, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Martinez fails within the time allowed to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED October 3, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01675-BNB

Freddie D. Martinez
Prisoner No. 131091
Delta Corr. Center
1140 G  1025 Lane
Delta, CO 81416

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  10/3/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk