IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01675-LTB-MEH

FREDDIE DAVID MARTINEZ,

Plaintiff(s),

v.

EAGLE RIVER WATER & SANITATION DISTRICT,
SALLY LA POINTE,
DENNIS GALVIN, and
CHRISTINE SPAETH,

Defendant(s).

F I L E D
UNITED STATES DISTRICT COURT
COLORADO

MAR 1 6 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

This cause came before the court on Plaintiff's affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. On September 11, 2006, the Court granted the Plaintiff leave to proceed *in forma pauperis*. By Order, filed October 3, 2006, Plaintiff was directed to file an amended pleading and Plaintiff did so on December 4, 2006.

Therefore, it is **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants who are named in the Amended Complaint (Docket #12). If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (Docket #12), Supplement to Amended Complaint (Docket #13), Summons, and Order granting leave to proceed pursuant to 28 U.S.C. § 1915 upon these Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

It is further **ORDERED** that the Defendants or counsel for the Defendants shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado, this 16th day of March, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06-cv-01675-LTB-MEH

Freddie David Martinez
Prisoner No. 131091
Buena Vista Corr. Facility
PO Box 2005 - C 4-4
Buena Vista, CO 81211

US Marshal Service
Service Clerk
Service forms for: Eagle River Water & Sanitation District,
Sally La Pointe, Dennis Galvin, and Christine Spaeth,


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Eagle River Water & Sanitation District, Sally La Pointe, Dennis Galvin, and Christine Spaeth: AMENDED COMPLAINT FILED 12/4/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/16/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk